# EXHIBIT B

Graduated Students    21-22 Semester 2

# Log Entries

Readey, Chad Malachi McGill   99   25604       Graduated Students   Grad: 2021   Discipline Stu #: 18282   State Stu #: 495801132
Graduated

Edit Discipline Alert

| Date | Description | Demerits |
|---|---|---|
| 02/08/2021 | Wells, Zachary - **3 Absence Notification** - T... asses. The attendance policy was explained, including soc... probation. | |
| 12/11/2020 | VanVliet, Danielle - - meeting at parent request | |
| 09/30/2020 | Maul, Lorrie - **Documentation** - Google meeting regarding National Merit application. | |
| 09/01/2020 | Wells, Zachary - **Attendance Consideration** - The combination of some challenges that Chad and the family are going through outside of school and the intense coursework that his schedule requires has made it challenging for Chad to stay current with his classwork. A call was made to inform the parents of Chad's attendance in his Calculus class as it is at 6 absences. This was an informative call as he does have more absences in that class than his others. Mr. Readey is aware and they intend to work with the teacher and administration to get back on track. Considering the extenuating circumstances, great consideration will be made regarding his attendance. | |
| 08/18/2020 | VanVliet, Danielle - - Contact parents at Schools request, provided resource list for mental health needs, meeting in person later today | |
| 02/19/2020 | Wells, Zachary - **Attendance Contract** - Chad has been absent 5 times to 1st period this semester and as a result has been placed on an Attendance Contract for the remainder of the semester. Students are allowed only 8 absences for the semester. At 9 absences students are placed on Social Probation. This means they may not attend any games, dances, or after school events/activities past 3:15. At 10 absences they are dropped from the class with no credit. If any of these absences are the result of receiving medical attention, then a doctor's note needs to be provided to the school in order to excuse them appropriately. | |
| 02/12/2020 | Alexander, Terrell - **3T - 1** - Chad was tardy a third time to 1st period on 2/12/20, and has been given a 3 hour Deans' detention to be served by 2/19/20. Failure to serve the Deans' detention may render an ISD or drop from the class for the remainder of the semester. Per Homewood-Flossmoor's Tardy policy (p. 38 in the Parent-Student Handbook) a fourth tardy will result in a 5 hour Saturday detention, and a fifth tardy will result in a drop from the class without any credit awarded for the semester. | |
| 01/28/2020 | Wells, Zachary - **No ID - 1st received from the dean's off** - Chad received a temporary ID on 1/27/2020 and the account has been charged $1. If a student receives 3 temporary ID's, they will be required to prove that they have a permanent ID by bringing that ID to the dean by the next day. Failure to bring the permanent ID the next day will result in the student's account being charged $6 and a new ID and lanyard will be provided. It is the responsibility of the student to show the new ID to the dean the next day. Students that borrow 4 or more temporary ID's will receive punitive consequences that become more sever each time an ID is borrowed. | |
| 01/24/2020 | Danielle Lusby - **Documentation** - Chad was referred to the deans office for documentation. Specifically, he confirmed an allegation regarding inappropriate physical contact between him and a female student during the 2018-19 school year. Per his admission, he touched the student's breast while riding on the shuttle bus. Per administrative review, this incident will be confined within the context of a restorative IB cohort-community address, which took place on 1/24/2020 in the Peace Room with the IB coordinator, a dean, a social worker, an IB teacher, and other students in Chad's IB cohort. His parent (mother) was notified via phone. | |
| 01/24/2020 | Danielle Lusby - **Restorative Conversation** - Chad was referred to the deans' office for documentation. Specifically, the student participated in a restorative conference per the request of the IB Coordinator and administration regarding tension that exists within the IB cohort. The conference concluded to the satisfaction of all involved. A mediation agreement was signed in an effort to confirm the action plan to resolve students' concerns and reestablish the cohort community going forward. The student has been encouraged to escalate further concerns to teachers or deans' staff. | |
| 01/17/2020 | Wells, Zachary - **2T-1** - Chad was tardy a second time to period 1 on 1/16/2020. Per Homewood-Flossmoor's Tardy policy (p. 40 in the Parent-Student Handbook) a third tardy will result in a 3 hour | |