# EXHIBIT C

| | |
|---|---|
| From: | Offett, Kai |
| To: | Spencer Allen |
| Cc: | Joshua George Reynolds; Christopher Matthew Beacom; Michael Dustin Napoleon; Travis Curtis Goff; Mike Polisky |
| Subject: | Concerns about an Incoming Student. |
| Date: | Monday, August 17, 2020 9:23:35 AM |

Greetings,

My name is Kai Offett and I am a freshman at Loyola University Chicago, as well as a former student of Homewood Flossmoor Community High School. I was recently made aware of a new student/baseball recruit for Northwestern University named Chad Readey that currently is a senior at Homewood Flossmoor High School. I was immediately alarmed at this announcement, as this student has multiple alarming sexual assault allegations. Northwestern University is an extremely prestigious institution, and I'm sure that as such you would not want an incoming student with such allegations, nevertheless those allegations being confirmed on multiple occasions.

I personally know multiple girls who have been sexually assaulted by Chad Readey including Ava Jones, a fellow alumni of Homewood Flossmoor, Aria Sline a student who is in the same graduating class as Chad, and Katie Knottke who is also in the same graduating class of 2021. He has multiple allegations of sexual assault from middle school throughout his high school career. These are only a few of the girls know who consent to being named. There have been 7 more who have reported their instances of being assaulted to Homewood Flossmoor Administration, in each of which no action has been taken on behalf of Homewood Flossmoor's baseball team or the institution itself. Aria Sline is one of the many girls who has reported their assault to the administration in great detail. Chad Readey has even admitted to some of these allegations and still he has faced no repercussions.

I am emailing to ask that you seriously reconsider and immediately rescind your offer to Chad Readey as a baseball commit and as a student. Sexual Assault victims deserve to be believed and I genuinely believe that this student is a threat to other incoming students at your university. Please feel free to reach out to this email for any more information or inquiries.

Respectfully,

Kai Offett

**From:** Victoria Olaleye
**To:** Morton O. Schapiro; Spencer Allen
**Subject:** Chad Readey
**Date:** Monday, August 17, 2020 10:55:26 PM

Hello,

I hope this email is reaching you both in good health. I will get straight to the point because I realize that you both are very busy people. It's come to my attention and many of my peer's attention that Chad Readey will be playing baseball for your school after he graduates. As someone who has gone to school with him for 7 years now, I don't think that this is the smartest nor safest decision you all can make. Chad Readey has a horrible and long record of sexually harassing and sexually abusing girls. The list of names unfortunately is very long. And this has happened since we were younger. He has never been penalized for it even though it has been brought to Homewood-Flossmoor High School's attention (you can ask the school for more information). As a result, many girls at our school, girls that I am friends with or have spoken to have been let down and walk around in antagonizing fear. I know that your school prides yourself on its student life and the safety of your students. I'm sorry to say that if you let him onto campus or the field, many more lives can be fatally affected. Chad has never received more than a slap on the wrist which is why he has yet to learn his lesson. I am really hoping that you do not contribute to giving him just a slap on the wrist. Especially because many of the girls who have been abused by him initially planned on applying and hopefully attending your wonderful school. Please put this to an end. Not to take away from his opportunity, but to hopefully help him learn his lesson because in a lot of cases it takes something being taken away from you for you to reassess. Thank you for your time.

Sincerely, A concerned student

**From:** McGary, Kaitie <k.mcgary@wustl.edu>
**Sent:** Tuesday, August 18, 2020 12:00:56 AM
**To:** Neftaly Lara <neftaly.lara@northwestern.edu>
**Subject:** Concern of Incoming Student

Dear Ms. Lara Neftaly,

I was reaching out with a concern regarding a newly accepted student within your university. As the Chicago south suburbs admissions representative, I thought you would be the best person to reach out to. My name is Kaitlyn McGary, a first year at Washington University in St. Louis. I actually was interested in Northwestern at one point in my academic journey, and I appreciated the ideals and rich history of the institution.

My concern is centered about a student named Chad Readey, who attends Homewood-Flosmoor High School—located in Flosmoor, Illinois. He was recently accepted and committed to the university's baseball program, but I believe his current status as a student should be reconsidered because of his past actions.

According to his own admittance several months prior, Readey sexually assaulted a peer within his community. Knowing Northwestern's values and commitment to academia and scholarship, I beg that an investigation is launched into his actions, the accusations bade against him, and his personal admittance of fault. As a student myself, I recognize some of the pressures of schools filtering through students and making decisions about their admittance, especially when in relationship with other departments within the university, but in order to maintain your own integrity as an institution, I request you consider what type of students represent you.

Thank you in advance for caring for the well-being of other students and being dutiful in your work as a representative of the university.

NU0089

**From:** Liz Carrick [mailto:jonestori784@icloud.com]
**Sent:** Monday, August 17, 2020 12:51 PM
**To:** Spencer Allen <spencer.allen@northwestern.edu>
**Subject:**

Hi! You recently admitted Chad Readey, a student from Homewood Flossmoor to pursue his academic college career at Northwestern. I would like to bring it to your attention that this student has sexually assaulted multiple women during his middle school and high school career. I experienced this firsthand when I was 12 years old but never reported it because I was unaware of what sexual assault even was at the time. Last school year, over 6 girls went to the school administration SEPERATELY, to report their own sexual assault experiences against Chad. He admitted to everything, but did not receive any repercussions for his repeated sexual assaults against several girls. While 6 girls were vocal and reported, there are many more that chose to stay silent out of fear. I just wanted to inform you of these incidents, and help you become aware of the type of student athlete that you are admitting into your school. Thank you for your time.

NU0092

**From:** Coon Squad <justin8hommer23@gmail.com>
**Sent:** Monday, August 17, 2020 2:45:43 PM
**To:** Undergraduate Admission <ug-admissions@northwestern.edu>

Hello! My name is Matthew Hommer and it has recently been brought to my attention that Chad Readey, a senior at Homewood Flossmoor high school has been admitted to further pursue his athletic and academic career. I feel as if I should bring it to your attention that this student has had multiple sexual assault allegations against him. Close friends of mine have reported abuse from dating back to junior high. This went unreported because they did not understand the severity of his actions at the time. Since then six more girls have separately come forward to Homewood Flossmoor's administration about Chad sexually assaulting them. There are countless others who were too afraid to come forward or felt that it was pointless seeing that he received no repercussions for his actions. The administration brushed each of these allegations under the rug despite Chad admitting to his actions. I am certain that this is not the kind of student or athlete you want representing your school.

NU0090

**From:** keeley stanciel <keeleynstanciel@gmail.com>
**Sent:** Monday, August 17, 2020 2:55:52 PM
**To:** Undergraduate Admission <ug-admissions@northwestern.edu>

Hello! My name is Keeley Stanciel and it has recently been brought to my attention that Chad Readey, a senior at Homewood Flossmoor high school has been admitted to further pursue his athletic and academic career. I feel as if I should bring it to your attention that this student has had multiple sexual assault allegations against him. Close friends of mine have reported abuse from dating back to junior high. This went unreported because they did not understand the severity of his actions at the time. Since then six more girls have separately come forward to Homewood Flossmoor's administration about Chad sexually assaulting them. There are countless others who were too afraid to come forward or felt that it was pointless seeing that he received no repercussions for his actions. The administration brushed each of these allegations under the rug despite Chad admitting to his actions. I am certain that this is not the kind of student or athlete you want representing your school.

NU0088





