# EXHIBIT D

| | |
|---|---|
| **From:** | Liz Kinsley |
| **To:** | Janna V Blais |
| **Subject:** | FW: Sexual assault allegations against admitted student |
| **Date:** | Wednesday, August 19, 2020 12:43:23 PM |
| **Attachments:** | Screen Shot 2020-08-19 at 10.07.32 AM.png |
| | Screen Shot 2020-08-19 at 10.08.40 AM.png |

FYI

**Liz Kinsley**, PhD
Associate Dean & Director of Undergraduate Admission
Northwestern University
liz.kinsley@northwestern.edu
847.491.4100

Apply | Social | Visit | Virtual Tour

---

**From:** Mauricio Gonzalez <mauricio.gonzalez@northwestern.edu>
**Sent:** Wednesday, August 19, 2020 10:16 AM
**To:** Liz Kinsley <liz.kinsley@northwestern.edu>
**Cc:** Andrew Linnehan <a-linnehan@northwestern.edu>
**Subject:** Sexual assault allegations against admitted student

Hi Liz,

I hope you are having a safe and healthy week thus far.

I had been scrolling through our messages received on Facebook and Instagram today when some concerning news was brought to my attention. Two students came forward via private messages with allegations of sexual assault by Chad Readey, a student that is being recruited/has been recruited by Athletics for baseball (I'm guessing for #NU2025?).

I have not told anyone else besides you both of these messages, and I have not responded to these messages either; I didn't know how to proceed or address the messages, but I believe the senders cannot see whether we have read a message or not because we have "business" accounts on social media.

These allegations are very serious, and I wanted to bring this to your attention as soon as I could. I have also attached screenshots of their messages regarding the matter to this email.

Hope to hear from you soon,

Mauricio

**Mauricio Gonzalez, '18** (he/him/his)
Assistant Director
Office of Undergraduate Admission
Northwestern University