UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jane Doe

                Plaintiff,

v.                                                  Case No.: 1:23−cv−05289
                                                      Honorable Nancy L. Maldonado

Northwestern University, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 23, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint [19] is granted. The Court finds good cause to extend the time to respond in light of Defendants' representation that the parties are engaging in settlement discussions. The time for Defendants to respond is extended from 10/23/23 up to and including 01/22/24. The 11/1/23 joint initial status report deadline and the 11/9/23 initial status hearing [12] are stricken. The joint initial status report is now due 1/30/24 and the initial status hearing is set for 2/6/24 at 10:00 a.m. in Courtroom 1925. Plaintiff's motion to proceed under a pseudonym [11] is granted in light of the potential harm to Plaintiff, who alleges a sexual assault. In the event this case does not resolve, the parties should meet and confer on a limited protective order regarding Plaintiff's use of a pseudonym and brief the Court on the same in their 1/30/24 joint status report. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.